PROB 22
(Rev. 2/88)

| | |
|---|---|
| | **DOCKET NUMBER** *(Tran. Court)* <br> 1:04CR01464-001JH |
| **TRANSFER OF JURISDICTION** | **DOCKET NUMBER** *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Andrew Todd Ainsworth | **NAME OF SENTENCING JUDGE** <br> Judith C. Herrera, Senior United States District Judge | |
| | **DATES OF PROBATION/ SUPERVISED RELEASE** | **FROM** <br> July 13, 2016 | **TO** <br> July 26, 2013 |

**OFFENSE**
Bank Robbery and Escape in violation of 18 U.S.C. 2113(a) and 18 U.S.C. 751

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE       DISTRICT OF       New Mexico

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nebraska upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

September 17, 2020
*Date*

*[signature]*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE       DISTRICT OF       Nebraska

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*                  *United States District Judge*